UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 16-04549-BRO (RAO) | Date | June 7, 2017 |
|---|---|---|---|
| Title | REYES NUNEZ V. DEAN FOODS VEGETABLE COMPANY ET AL. | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)

# ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT [21]

Pending before the Court is Defendant Alta-Dena Certified Dairy, LLC's ("Defendant" or "Alta-Dena") Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment. (Dkt. No. 21 (hereinafter, "Mot." or "Motion").) Alta-Dena filed its Motion on March 27, 2017, noticing a hearing date of May 15, 2017. (*See* Mot.) On April 13, 2017, the Court, finding good cause, accepted the parties' stipulation to modify the Pretrial Scheduling Order. (*See* Dkt. Nos. 23, 24.) The Court continued the hearing on Defendant's Motion to June 12, 2017, and instructed the parties that the opposition and reply deadlines would be recalculated based upon the new hearing date. (*See id.*) The Central District of California's Local Rules require an opposition to be filed twenty-one (21) days before the noticed hearing date. C.D. Cal. L.R. 7-9. Accordingly, Plaintiff Reyes Nunez's ("Plaintiff") opposition to Defendant's Motion was due on Monday, May 22, 2017. As of today's date, however, Plaintiff has not filed any opposition.

Therefore, Plaintiff is **ORDERED TO SHOW CAUSE** for his failure to oppose Defendant's Motion. Both (1) Plaintiff's response to this Order and (2) Plaintiff's opposition to the Motion, if any, shall be filed by no later than **Monday, June 12, 2017, at 12:00 p.m.**

LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 16-04549-BRO (RAO) | Date | June 7, 2017 |
|---|---|---|---|
| Title | REYES NUNEZ V. DEAN FOODS VEGETABLE COMPANY ET AL. | | |

An appropriate response will include reasons demonstrating good cause for Plaintiff's failure to timely oppose Defendant's Motion. If Plaintiff responds accordingly, then Defendant's Reply is due by no later than **Thursday, June 15, 2017, at 12:00 p.m.** The hearing in this matter is hereby continued to **Monday, June 19, 2017, at 1:30 p.m.**

**IT IS SO ORDERED.**                                     :

Initials of Preparer         rf