**EBBY S. BAKHTIAR, ESQ.** (SBN: 215032)
esb@livingstonbakhtiar.com
**L**ivingston • **B**akhtiar
3435 Wᴉʟsʜɪʀᴇ Bᴏᴜʟᴇᴠᴀʀᴅ, Sᴜɪᴛᴇ 1669
Lᴏs Aɴɢᴇʟᴇs, Cᴀʟɪꜰᴏʀɴɪᴀ 90010
Tᴇʟ: (213) 632-1550     Fᴀx: (213) 632-3100

Attorneys for Plaintiff,
REYES NUÑEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYES NUÑEZ, an Individual, | Case No.: 2:16-cv-04549-BRO-(RAO) |
| Plaintiff, | **The Honorable Beverly Reid O'Connell** |
| vs. | **ORDER GRANTING DISMISSAL** |
| DEAN FOODS COMPANY, a Corporation; ALTADENA CERTIFIED DAIRY, LLC, a Limited Liability Company; and DOES 1 through 100, Inclusive, | Ctrm.: 7C |
| | Trial Date: August 15, 2017 |
| | Action Filed: April 1, 2016 |
| | Removal: June 23, 2016 |
| Defendants. | |

[PROPOSED] ORDER GRANTING DISMISSAL

# ORDER

GOOD CAUSE appearing, this court orders as follows:

1. Plaintiff's case is hereby dismissed WITH PREJUDICE;

2. All Parties shall bear their own attorney fees and costs;

3. This court retains jurisdiction to enforce the Parties' settlement agreement.

IT IS SO ORDERED.


IT IS SO ORDERED.

DATED: July 10, 2017

By: _____

Honorable Beverly R. O'Connell
United States District Court Judge